UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BOBBY EUGENE GODDARD,<br>Appellant | )<br>) Civil Action No. 24-cv-00368-D<br>) |
| v.<br>MICHAEL BURNETT,<br>Appellee | )<br>)<br>)<br>) |

## ORDER GRANTING APPELLANT'S MOTION FOR LEAVE TO FILE INTERLOCUTORY APPEAL

The Court, having considered Appellant Bobby Eugene Goddard's Motion for Leave to File Interlocutory Appeal, and finding good cause shown, the Court ORDERS that the Motion is GRANTED.

SO ORDERED. This the 19 day of October, 2024.

_____
JAMES C. DEVER III
United States District Judge